**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00735-CR
No. 05-15-00748-CR
No. 05-15-00749-CR

**VANESA AGUILAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-51857-K, F13-51858-K, F13-51859-K**

## ORDER

The Court **GRANTS** Kathleen A. Walsh's motion to withdraw as appointed counsel on appeal.

We **ORDER** the trial court to appoint new appellant counsel, and notify this Court of same, within **FIFTEEN (15) DAYS** from the date of this order.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated fifteen days from the date of this order or when appointed counsel notification is received, whichever is earlier.

/s/     ADA BROWN
        JUSTICE